UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA KAY LUJAN, | No. 2:13-cv-2383 DAD |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff has filed a complaint seeking judicial review of a final decision of the Commissioner denying plaintiff's application for benefits and an application to proceed in forma pauperis.

Although this action has been filed in the Sacramento Division of the United States District Court for the Eastern District of California, the complaint alleges that plaintiff's primary residence is in Tulare County, which is part of the Fresno Division of the United States District Court for the Eastern District of California.[1]  See Local Rule 120(d).

---

[1] This is an issue that has arisen repeatedly in social security actions filed by attorneys with the law firm representing plaintiff in this action. See Leija v. Commissioner, No. 2:13-cv-1721 DAD; Lujano v. Commissioner, No. 2:13-cv-2020 DAD; Smith v. Commissioner, NO. 2:13-2051 DAD. Accordingly, plaintiff's counsel is direct to advise the members of his firm of this Local Rule to ensure that this issue does not arise again in the future. Following this admonition, future filing of actions in the incorrect division of this court may result in the imposition of sanctions.

1

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of this court in accordance with Local Rule 120(d) may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of this court for all further proceedings.

Good cause appearing, IT IS ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned by the Clerk of the Court and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated:  December 10, 2013

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.soc sec\lujan2383.transfer.ord.docx